No. 969. WRAGG *v.* FEDERAL LAND BANK OF NEW ORLEANS ET AL. April 9, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE BLACK took no part in the consid-

eration or decision of this application. *Messrs. Walter J. Knabe* and *Jack Crenshaw* for petitioner.